**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

BOBBY WILLIAMS                                                                        PLAINTIFF
ADC #142732

V.                          NO: 4:16CV00235 BRW/PSH

N. GILLOM *et al*                                                          DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATION**

### **INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### **DISPOSITION**

Plaintiff Bobby Williams, who is currently held at the Arkansas Department of Correction's Ouachita River Unit, filed a *pro se* complaint on May 4, 2016 (Doc. No. 1). Williams did not pay the filing fee or file an application for leave to proceed *in forma pauperis*. Because Williams has not paid the filing and administrative fees, and he is not entitled to proceed *in forma pauperis* due to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), his complaint should be dismissed.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any

1

facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Eighth Circuit has explicitly upheld the constitutionality of the three-strikes provision. *Higgins v. Carpenter*, 258 F.3d 797 (8th Cir. 2001).

Williams has had at least three prior civil actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. One such case is from the Eastern District of Arkansas. *See Williams et al v. Darrow et al*, ED/AR No. 4:13CV00026. Other "strikes" are from the Western District of Arkansas. *See Williams v. Willie*, WD/AR No. 2:13CV02188; *Williams v. Staff Reporters of the Northwest Arkansas Times,* WD/AR No. 5:14CV05257. The United States Court of Appeals for the Eighth Circuit has previously determined Williams has three strikes. *See Williams v. Trueblood et al*, No. 15-3283 (8th Cir. Dec. 31, 2015). The Court additionally finds, based on the allegations contained in Williams' present complaint, that he is not in imminent danger of serious physical injury. Specifically, Williams asserts that he has been denied religious books which he purchased and which were delivered to the prison unit. Such claims do not describe imminent danger of serious physical injury.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Bobby Williams' complaint be DISMISSED WITHOUT PREJUDICE. If Williams wishes to continue this case, he should be required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case should be reopened.

2. The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 6th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE