IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOBBY WILLIAMS, ADC #142732**                                                      **PLAINTIFF**

VS.                                      **4:16CV00235 BRW**

**N. GILLOM** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court approves and adopts the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's complaint is DISMISSED without prejudice. In his objections, Plaintiff asserts that he has the money to pay the filing fee and is willing to do so. He must submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty days of the date of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case will be reopened.

An *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE